# Order

Michigan Supreme Court
Lansing, Michigan

September 4, 2012

145131

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

HERSCHEL COHEN, RONALD HARLAN
WOODY, III, CAROLE RYAN, DUANE
RAYMOND, and SUSAN RAYMOND,
        Plaintiffs-Appellees,
and

SHARON DAY,
        Plaintiff-Appellant,
and

ALAN LEVENSON, PETER JANSSEN,
ANETTE JANSSEN, HELEN BARBARA
SORENSEN, NELSON ROBERT PARDA,
PAMELA J. MADDERN, JACK C.
BLEVINS, JR., RICHARD ENGLISH, TOM
UNGAR, DOUGLAS ULRICH, RHONDA
ULRICH, MATTIE KING, EDWIN HUANG,
BRIAN FALK, SHELDON SHERMAN,
WOLFGANG ROSENFELDER, GREG
LEROY, MELISSA LEROY, ANTHONY
CASTELLANO, and JOANNE CASTELLANO,
        Plaintiffs,

v

PARK WEST GALLERIES, INC., ALBERT
SCAGLIONE, MORRIS SHAPIRO, and
ALBERT MOLINA, and PLYMOUTH
AUCTIONEERING SERVICES, INC.,
        Defendants-Appellees.

SC: 145131
COA: 302746
Oakland CC: 2010-111282-CZ

_____/

        On order of the Court, the application for leave to appeal the April 5, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

Clerk

t0827